**UNITED STATES BANKRUPTCY COURT**
WESTERN DISTRICT OF MICHIGAN

JAMES D. GREGG
Chief Judge
(1997 - 2005; 2007 - )
Bankruptcy Appellate Panel
Sixth Circuit Court of Appeals
(2004 - 2007)

ONE DIVISION NORTH
ROOM 310
GRAND RAPIDS, MICHIGAN 49503

TELEPHONE
(616) 456-2264

FACSIMILE
(616) 456-2422

james_gregg@miwb.uscourts.gov

January 2, 2013

Mr. Arthur Richardson
P.O. Box 15122
Lansing, MI 48901

Re:   Lindell Drop Forge Company
      Chapter 7 Case No. 89-04254

Dear Mr. Richardson:

I have only recently been given your undated letter, with attachments, which appears to have been filed with the Clerk of the Court on November 29, 2012. I have reviewed the November letter, my prior letter to you dated November 5, 2012, as well as your original October 22, 2012 letter that I previously replied to.

In your letter, although it is somewhat unclear, you are apparently alleging that you are receiving less on your pension than you had anticipated. If I understand you correctly, you assert that "they" (who?) "told me that my pension was safe and that the government would guarantee the monies when I became retirement age." You then state that this statement was not true and that "all the government guaranteed was 6 percent."

I cannot give you any legal advice. I strongly suggest that you speak with an attorney who is knowledgeable about pension law and bankruptcy law. Also, if a government guarantee is involved, perhaps the government entity may be the Pension Benefit Guaranty Corporation ("PBGC").

I have also examined the court's file. Judge Dales, successor to Judge Stevenson, signed an Order for Payment of Dividends on November 27, 2007. All monies in the trustee's account went to pay administrative claims and claims of unsecured creditors, such as you, received no distribution (Docket No. 723). Later, Colleen Olson, successor Chapter 7 Trustee, filed an Amended Final Report and Account (Docket No. 774) whereby a priority claim was paid to the PBGC. After partially paying the PBGC claim, no money was left over for unsecured creditors. Without any objection, I signed another Order for Payment of Dividends on November 29, 2012 (Docket No. 781).

**CHAMBERS OF**
**JAMES D. GREGG**
**U.S. BANKRUPTCY JUDGE**

January 2, 2013
Mr. Arthur Richardson
Re: Lindell Drop Forge Company Chapter 7
Page 2 of 2

Based upon my review of the file, these orders appear to be proper and that there were no available funds to pay unsecured claims.

Given my review of the file, I will take no action to revisit the prior court orders. Again, if you feel that "they" misrepresented something to you, you should consult with a knowledgeable attorney to determine whether you may have any cause of action against whoever "they" may be.

So no impermissible *ex parte* contact occurs, I am having the Court Clerk docket your subsequent letter that was received on November 29, 2012, and also docket this reply letter. I am also sending a copy of this letter to the Office of the United States Trustee.

Very truly yours,

James D. Gregg

JDG:tas

cc: Office of the United States Trustee