United States Bankruptcy Court
Western District of Michigan

Honorable Judge
James Gregg
Re: Lindell Drop Forge
Chapter 7 Case GL-89-04254

Judge Gregg, the legal objection I have is, I paid for a benefit that I did not receive. When I was 18 years the pension reprentives and the Unit Chairman told us that are money would be invested in various ways. The pension insurers and that we would have money to retire off of, since most people could not truest themselfs to save that many years. This was suppose to be a win-win situation for everyone involved. Having two small children at home ages

3 years and a newborn 2 months I really need this money. Being 64 years old I really want to make sure that these children go to college as my older kids have ages 42-43

(2) Legal objection

Neither pension or bankruptcy law should apply to this case because it was a ls buyout. The final year this company was open it made 45,000,00 with a 800,000 equipment liability. Since the debt of 800,000 was a public liability the company could be seized for the vendor receipts. The company continues in bussiness under another name Lake City Drop Forge 4150 Wolcott Rd Lake City, Mich. Phone # 231-839-7507. Since the company is still in bussiness I should be paid

(3)

Thank you,
Arthur Richardson
PO Box 15122
Lansing Mich
48901

Att Trustee        Claim #419

FILED 0/15/05

2013 MAR 18 AM 10: 44

DANIEL M. LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

As of Aug 23, 05 I submitted an estimate of my costs in these bankruptcy proceeding in which I didn't total these items. Would you send those paper back to me as soon as possible

Claim #
419

Thank you

Arthur Richardson

second request

10/05/05

Claim # 419

att Trustee

Retirement ) payment between July 1 1984
Plan ) and June 30 1990

Back money from       $ 11,356.80
retirement

Lifetime Blue Cross   $ 5,000.00

Eye damage              5,000.00
                      _____
                       21,356.80

FILED 2013 MAR 18 AM 10:44 DANIEL M. LAVILLE, CLERK U.S. BANKRUPTCY COURT WEST. DIST. OF MICH.

FILED 2006 APR 21 AM 9:20 U.S. BANKRUPTCY COURT WEST. DIST. OF MICH.

VPD 2006 APR 11 AM 8:27 U.S. BANKRUPTCY COURT WEST. DIST. OF MICH.